| Attorney or Party without Attorney:<br>JEFFREY A. MILLER<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>Telephone No: 650-614-7419 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>15953-2002 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: NEXTG NETWORKS, INC.<br>Defendant: NEWPATH NETWORKS LLC | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 01565 VRW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NO. 5,682,256; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; ORDER SETTING CASE MANAGEMENT CONFERENCE.

3. a. Party served:        NEWPATH NETWORKS LLC
   b. Person served:       STEPHEN BOWEN, AGENT FOR SERVICE

4. Address where the party was served:    1300 N. NORTHLAKE WAY
                                           SEATTLE, WA 98104

5. I served the party:
   b. **by substituted service.** On: Tue., Mar. 25, 2008 at: 2:55PM by leaving the copies with or in the presence of:
      BRIAN BROUCEK, DIRECTOR OF FINANCE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NEWPATH NETWORKS LLC
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JAMES PITMAN                              d. *The Fee for Service was:*

   First Legal Support Services                 e. I am: Not a Registered California Process Server
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Mar. 26, 2008

   Judicial Council Form POS-010                PROOF OF SERVICE              (JAMES PITMAN)
   Rule 982.9.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                          8016126.orrhe-mp.122067

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JEFFREY A. MILLER<br>ORRICK HERRINGTON & SUTCLIFFE, LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025<br>*Telephone No:* 650-614-7419   *FAX No:* | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>15953-2002 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* NEXTG NETWORKS, INC.
*Defendant:* NEWPATH NETWORKS LLC

| PROOF OF SERVICE<br>By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08 01565 VRW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR INFRINGEMENT OF UNITED STATES PATENT NO. 5,682,256; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDERS; ORDER SETTING CASE MANAGEMENT CONFERENCE.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:   Tue., Mar. 25, 2008
   b. Place of Mailing:  SAN FRANCISCO, CA 94103
   c. Addressed as follows: NEWPATH NETWORKS LLC
                            1300 N. NORTHLAKE WAY
                            SEATTLE, WA 98104

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Mar. 25, 2008 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON DANIEL                                  d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES      e. I am: (3) registered California process server
      1138 HOWARD STREET                           (i)   Independent Contractor
      SAN FRANCISCO, CA 94103                   (ii)  Registration No.:   2008-0001044
   c. 415-626-3111                                         (iii) County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Mar. 26, 2008

                                                                                                     (AARON DANIEL)

   Judicial Council Form POS-010                    PROOF OF SERVICE                    8016126.orrhe-mp.122067
   Rule 982.9.(a)&(b) Rev January 1, 2007              By Mail