JEFFREY A. MILLER (State Bar No. 160602)
JASON S. ANGELL (State Bar No. 221607)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401
jmiller@orrick.com
jangell@orrick.com

Attorneys for Plaintiff
NextG Networks, Inc.

SEED IP LAW GROUP PLLC
TIMOTHY L. BOLLER (*pro hac vice* to be filed)
Email:  TimB@SeedIP.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone:  (206) 622-4900
Facsimile:  (206) 682-6031

Attorneys for Defendant
NewPath Networks, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>NewPath Networks, LLC, a New Jersey limited liability company,<br><br>              Defendant. | Civil Action No.:   C 08 01565 (VRW)<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]** |

1    Pursuant to Local Rule 6-1(a), plaintiff NextG Networks, Inc. ("Plaintiff") and defendant

2    NewPath Networks, LLC ("Defendant"), through their respective counsel, hereby stipulate that

3    Defendant shall have through and including, May 15, 2008, within which to Answer or otherwise

4    respond to Plaintiff's Complaint.

5

6    Dated: April 14, 2008                    Respectfully submitted,

7                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

8

9                                              /s/ Jeffrey A. Miller
                                               JEFFREY A. MILLER
10                                             JASON S. ANGELL
                                               Attorneys for Plaintiff NextG Networks, Inc.
11

12

13   Dated: April 14, 2008                    Respectfully submitted,

                                               Seed IP Law Group PLLC
14

15                                             /s/ Timothy L. Boller w/permission
                                               TIMOTHY L. BOLLER (*pro hac vice* to be filed)
16                                             Attorneys for Defendant NewPath Networks, LLC

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file this

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**.  In compliance with

General Order 45, X.B., I hereby attest that Timothy L. Boller has read and approved this stipulation.

I will maintain an executed copy of this stipulation in our files that can be made available for

inspection upon request.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: April 14, 2008                    By: _____/s/_____
                                                                      Jeffrey A. Miller
                                                                      Attorneys for Plaintiff NextG Networks, Inc.