Case 3:08-cv-01565-VRW   Document 8   Filed 05/19/2008   Page 1 of 2

```
Clerk's Use Only
Initial for fee pd.:
```

Timothy L. Boller
William O. Ferron, Jr.
Seed Intellectual Law Group
701 5th Avenue, Suite 5400
Seattle, WA 98104
206-622-4900

FILED

MAY 19 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NextG Networks, Inc.,
a Delaware corporation,

  Plaintiff(s),

v.

NewPath Networks, LLC, a
New Jersey limited liability Corp.

  Defendant(s).

CASE NO. C 08-1565 VRW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, **William O. Ferron, Jr.**, an active member in good standing of the bar of **Washington State**, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **NewPath Networks, LLC** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:  Omid A. Mantashi
Attorney at Law
360 Grand Avenue, Suite 90
Oakland, CA 94610
510-593-9442

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-19-08                                    /s/ William O. Ferron

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2008, a true and correct copy of the foregoing **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR WILLIAM O. FERRON, JR.** was served on Plaintiff's counsel by depositing same with the U.S. Postal Service, first-class postage prepaid, addressed as follows:

> Jeffrey Andrew Miller
> Jason Sheffield Angell
> Orrick Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Attorneys for NewPath Networks, LLC

_____
Timothy L. Boller

Certificate of Service
(Case No. C 08-1565 VRW)- 1