| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Timothy L. Boller
William O. Ferron, Jr.
Seed Intellectual Law Group
701 5th Avenue, Suite 5400
Seattle, WA 98104
206-622-4900



FILED
08 MAY 22 PM 3:29

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NextG Networks, Inc.,
a Delaware corporation,

    Plaintiff(s),

v.

NewPath Networks, LLC, a
New Jersey limited liability Corp.

    Defendant(s).

CASE NO. C 08-1565 VRW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Timothy L. Boller , an active member in good standing of the bar of Washington State , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing NewPath Networks, LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Omid A. Mantashi
Attorney at Law
360 Grand Avenue, Suite 90
Oakland, CA 94610
510-593-9442

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2008, a true and correct copy of the foregoing **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR TIMOTHY L. BOLLER** was served on Plaintiff's counsel by depositing same with the U.S. Postal Service, first-class postage prepaid, addressed as follows:

>Jeffrey Andrew Miller
>Jason Sheffield Angell
>Orrick Herrington & Sutcliffe LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>
>Attorneys for NewPath Networks, LLC

_____
Timothy L. Boller

Certificate of Service
(Case No. C 08-1565 VRW)- 1