RECEIVED
MAY 19 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NextG Networks, Inc., a Delaware corporation,

Plaintiff(s),

v.

NewPath Networks, LLC, a New Jersey limited liability corporation,

Defendant(s).

CASE NO. C 08-1565 VRW

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

WILLIAM O. FERRON, Jr. ~~Timothy L. Boller~~, an active member in good standing of the bar of Supreme Court of the State of WA (particular court to which applicant is admitted) whose business address and telephone number is Seed Intellectual Property Law Group
701 5th Avenue, Suite 5400
Seattle, WA 98104
206-622-4900
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing NewPath Networks, LLC, a New Jersey limited liability corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/27/2008

United States Judge
The Honorable Vaughn R Walker



GRANTED
Judge Vaughn R Walker

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2008, a true and correct copy of the foregoing **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR TIMOHTY L. BOLLER** was served on Plaintiff's counsel by depositing same with the U.S. Postal Service, first-class postage prepaid, addressed as follows:

> Jeffrey Andrew Miller
> Jason Sheffield Angell
> Orrick Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Attorneys for NewPath Networks, LLC

_____
Timothy L. Boller

Certificate of Service
(Case No. C 08-1565 VRW)- 1