Omid A. Mantashi (SBN 208226)
**Law Offices of Omid A. Mantashi**
360 Grand Avenue, Ste. 90
Oakland, California 94610
Telephone: (510) 593-9442
Facsimile: (510) 868-8310
omid@california.com

Timothy L. Boller (*pro hac vice*)
William O. Ferron, Jr. (*pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: TimB@seedip.com
       BillF@seedip.com

Attorneys for Defendant
NewPath Networks, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation, | No. C 08-1565 VRW |
| Plaintiff, | |
| v. | DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| NewPath Networks, LLC, a New Jersey limited liability corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1

2    1.    Defendant NewPath Networks, LLC and its directors and officers.  The officers of

3  Defendant NewPath Networks, LLC are: Michael J. Kavanagh; Shawn Cooprider; Brian Broucek;

4  and James McLernon.    The directors of Defendant NewPath Networks are Michael J. Kavanagh;

5  Shawn Cooprider, William J. Marraccini, George E. O'Brien, and Gordon G. Cohen.

6    2.    Non-party Andrew Corporation;

7    3.    Non-party ADC Telecommunications Sales, Inc; and

8    4.    Non-party Powerwave Technologies, Inc.

9     DATED this 19th day of June, 2008

10                                   Respectfully submitted,

11                                   SEED IP Law Group PLLC

12

13                                   _____/s/Timothy L. Boller/_____
                                     Timothy L. Boller (*pro hac vice*)
14                                   701 Fifth Avenue, Suite 5400
                                     Seattle, Washington  98104
15                                   Telephone:  (206) 622-4900

16                                   Omid A. Mantashi (SBN 208226)
                                     Law Offices of Omid A. Mantashi
17                                   360 Grand Avenue, Ste. 90
                                     Oakland, California  94610
18                                   Telephone:  (510) 593-9442

19                                   Attorneys for Defendant
                                     NEWPATH NETWORKS, LLC
20  1177693_1.DOC

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2008, a true and correct copy of the foregoing **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** was served on Plaintiff's counsel by electronic filing upon the following attorneys registered to receive service by email through the Northern District of California, San Francisco Division Electronic Case Filing System and by U.S. Postal Service, first-class postage prepaid, addressed as follows:

> Jeffrey Andrew Miller
> Jason Sheffield Angell
> Orrick Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Attorneys for NewPath Networks, LLC

       /s/Timothy L. Boller/
       Timothy L. Boller