IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXTG NETWORKS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEWPATH NETWORKS, LLC.,<br><br>　　　　Defendant.<br>_____/ | No. C 08-1565 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff is directed to serve a copy, and file proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

　　YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on Defendant's Motion to Dismiss, Motion to Strike, and Anti Slapp Motion and the Initial Case Management Conference in this case to September 11, 2008 at 2:30 P.M. Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

**Regardless of whether the Court reschedules the hearing date, briefing schedules may not be changed by stipulation. All Opposition and Reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L.R. 7-3.**

Dated: July 31, 2008

　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　By: *Cora Klein*
　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov