1  Omid A. Mantashi (SBN 208226)
   **Law Offices of Omid A. Mantashi**
2  360 Grand Avenue, Ste. 90
   Oakland, California 94610
3  Telephone: (510) 593-9442
   Facsimile: (510) 868-8310
4  omid@california.com

5

6  Timothy L. Boller (*pro hac vice*)
   William O. Ferron, Jr. (*pro hac vice*)
   **SEED IP LAW GROUP PLLC**
7  701 5TH Avenue, Suite 5400
   Seattle, WA 98104
8  Telephone: 206.622.4900
   Facsimile: 206.682.6031

9  Email: TimB@seedip.com
10        BillF@seedip.com

11 Attorneys for Defendant
   NewPath Networks, LLC
12

13
14                IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation, | No. C 08-1565 VRW |
| Plaintiff, | |
| v. | **DEFENDANT NEWPATH NETWORKS, LLC'S NOTICE OF MOTION AND ALTERNATIVE MOTION FOR CONTINUANCE PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME** |
| NewPath Networks, LLC, a New Jersey limited liability corporation, | |
| Defendant. | |
| | Date: September 11, 2008<br>Time: 2:30 p.m.<br>Judge: Honorable Vaughn R. Walker |

I.  NOTICE OF MOTION AND MOTION

TO PLAINTIFF NEXTG NETWORKS, INC AND ITS ATTORNEY'S OF RECORD:

Please take notice that on September 11, 2008, at 2:30 p.m. or as soon thereafter as the matter may be heard before the honorable Vaughn R. Walker, in Courtroom 6, on the 17th Floor of the above Court, at 450 Golden Gate Avenue, San Francisco, California, Defendant/Counterclaimant NewPath Networks, LLC (NewPath) will and hereby does move this Court in the alternative, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an Order continuing NextG's motion, pursuant to California's anti-SLAPP statute, to strike NewPath's counterclaims for intentional interference with a contractual relationship under Washington Law, negligent interference with a business expectancy under California Law and unfair competition under California Business and Professional Code Section 17200.

II.  NewPath Is Entitled to Discovery Before Its Counterclaims Are Dismissed

NewPath has repeatedly asked NextG to identify what systems are accused of infringement and what claims were allegedly infringed. NextG has refused to do so. NewPath served document requests on NextG directed to NextG's infringement contentions, to communications between NextG and third parties regarding NewPath, to NextG's enforcement efforts, to NextG's acquisition of the patent-in-suit, and to the products used in NewPath's systems. Boller Decl., ¶¶ 2-5, Exhibit A (NextG's responses to NewPath's Request for Production Nos. 18-25, 28, 29, 32-43, and 48.) Such documents would normally be in NextG's custody and under NextG's control. This also the type of information and documents NextG must produce under the Patent Local Rules. See Patent Local Rule 3.1 and 3.2. To date, NextG has not identified the systems which allegedly infringe the patent-in-suit or the claims which are allegedly infringed. Boller Decl., ¶ 6. In addition, NextG has not produced any documents in response to NewPath's discovery requests, other than an apparently incomplete file history for the patent-in-suit.

To the extent the Court determines the anti-SLAPP statute is applicable, and determines that NewPath has not made a *prima facie* showing in support of its claims, NewPath requests a continuance until the discovery contemplated by the Patent Local Rules is complete. NewPath is

entitled to discovery regarding the basis for NextG's claims of infringement and the extent of NextG's misrepresentations to potential customers before the Court dismisses its claims pursuant to California's anti-SLAPP statute. *See Metabolife*, 264 F.3d 832, 850 (9th Cir. 2001); *Catch Curve,*, 519 F. Supp. 2d 1028, 1040 (C.D. Cal. 2007) ("The extent to which the infringement litigation may constitute a sham based on objectively unreasonable claim construction arguments is more properly decided after the claim construction hearing."). Here, NewPath has requested discovery from NextG regarding NextG's infringement contentions; NextG's knowledge of NewPath's equipment; and NextG's communications with third parties regarding NewPath, including information and documents uniquely under NextG's control and the control of NextG's predecessors-in-interest, and NextG has refused to provide its infringement contentions and documents required by the Patent Local Rules the requested information and documents until *after* the hearing on the anti-Slapp motion. *See* Boller Decl., ¶¶ 4-7, Exhibit A. Under such circumstances, to the extent the Court does not deny NextG's Motion outright, the Court should postpone ruling on the motion until after the Court holds a claim construction ruling, and otherwise permit discovery in accordance with the Patent Local Rules and the discovery plan. NewPath is concurrently filing a Proposed Order for a Continuance.

Respectfully submitted,

SEED IP Law Group PLLC

_____
Timothy L. Boller, WSBA # 29079
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone: (206) 622-4900

Omid A. Mantashi (SBN 208226)
Law Offices of Omid A. Mantashi
360 Grand Avenue, Ste. 90
Oakland, California 94610
Telephone: (510) 593-9442

Attorneys for Defendant
NEWPATH NETWORKS, LLC

1213303_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, a true and correct copy of the foregoing **DEFENDANT NEWPATH NETWORKS, LLC'S NOTICE OF MOTION AND ALTERNATIVE MOTION FOR CONTINUANCE PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SAME** was served on Plaintiff's counsel by electronic filing upon the following attorneys registered to receive service by email through the Northern District of California Electronic Case Filing System:

> Jeffrey Andrew Miller
> jmiller@orrick.com
> Jason Sheffield Angell
> jangell@orrick.com
> Orrick Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Attorneys for NextG Networks, Inc.

_____
Jared Barrett

1215418_1.DOC

Omid A. Mantashi (SBN 208226)
**Law Offices of Omid A. Mantashi**
360 Grand Avenue, Ste. 90
Oakland, California 94610
Telephone: (510) 593-9442
Facsimile: (510) 868-8310
omid@california.com


Timothy L. Boller (*pro hac vice*)
William O. Ferron, Jr. (*pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: TimB@seedip.com
       BillF@seedip.com

Attorneys for Defendant
NewPath Networks, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>NewPath Networks, LLC, a New Jersey limited liability corporation,<br>               Defendant. | No. C 08-1565 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NEWPATH NETWORKS, LLC'S ALTERNATIVE MOTION FOR CONTINUANCE**<br><br>Date: September 11, 2008<br>Time: 2:30 p.m.<br>Judge: Honorable Vaughn R. Walker |

The Court, having considered the record, the submissions of the parties and the law, hereby GRANTS Defendant NewPath Networks, LLC's Alternative Motion for a Continuance. Discovery shall continue in accordance with the Patent Local Rules and the Scheduling Order entered by the Court.

IT IS SO ORDERED

_____
Honorable Vaughn R. Walker

1215420_1.DOC

2

[PROPOSED] ORDER GRANTING
DEFENDANT'S ALTERNATIVE MOTION FOR
CONTINUANCE                                                                  CASE NO. C 08-1565 VRW

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT NEWPATH NETWORKS, LLC'S ALTERNATIVE MOTION FOR CONTINUANCE** was served on Plaintiff's counsel by electronic filing upon the following attorneys registered to receive service by email through the Northern District of California Electronic Case Filing System:

Jeffrey Andrew Miller
jmiller@orrick.com
Jason Sheffield Angell
jangell@orrick.com
Orrick Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025

Attorneys for NextG Networks, Inc.

_____
Jared Barrett

1215420_1.DOC

[PROPOSED] ORDER GRANTING
DEFENDANT'S ALTERNATIVE MOTION FOR
CONTINUANCE

3

CASE NO. C 08-1565 VRW