Omid A. Mantashi (SBN 208226)
**Law Offices of Omid A. Mantashi**
360 Grand Avenue, Ste. 90
Oakland, California 94610
Telephone: (510) 593-9442
Facsimile: (510) 868-8310
omid@california.com

Timothy L. Boller (*pro hac vice*)
William O. Ferron, Jr. (*pro hac vice*)
**SEED IP LAW GROUP PLLC**
701 5TH Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031

Email: TimB@seedip.com
        BillF@seedip.com

Attorneys for Defendant
NewPath Networks, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>NewPath Networks, LLC, a New Jersey limited liability corporation,<br>        Defendant. | No. C 08-1565 VRW<br><br>**DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND TO DISMISS AND DEFENDANT'S ALTERNATIVE MOTION FOR A CONTINUANCE**<br><br>Date: September 11, 2008<br>Time: 2:30 p.m.<br>Judge: Honorable Vaughn R. Walker |

I, Timothy L. Boller, hereby declare and state as follows:

1.    I am a principal of the Seed Intellectual Property Law Group, PLLC, and one of Defendant and Counterclaimant NewPath Networks LLC ("NewPath") attorneys in this matter. I make this declaration in support of NewPath's Opposition to NextG Networks, Inc.'s ("NextG") motion to strike and to dismiss certain defenses and counterclaims. The following facts are true of my own knowledge unless otherwise stated.

2.    NextG's Complaint does not identify which NewPath systems allegedly infringe U.S. Patent No. 5,682,256 (the "patent-in-suit") or which claims are allegedly infringed.

3.    NewPath has repeatedly asked NextG to identify the accused systems and the claims allegedly infringed, including communications on or about April 11, 2008 and April 14, 2008. NextG has repeatedly refused to do so, despite having initially agreed to provide its infringement contentions and documents on or before July 13, 2008. .

4.    NewPath served document requests on NextG directed to NextG's infringement contentions, to communications between NextG and third parties regarding NewPath, to NextG's enforcement efforts, to NextG's acquisition of the patent-in-suit, and to the products used in NewPath's systems, including information and documents uniquely under NextG's control and the control of NextG's predecessors-in-interest.

5.    NextG has not produced any documents in response to NewPath's discovery requests, other than an apparently incomplete file history for the patent-in-suit. Attached hereto as Exhibit A is a true and correct copy of excerpts of NextG's responses to NewPath's Request for Production, including the cover page and responses to Request for Production Nos. 18-25, 28, 29, 32-43, and 48.

6.    To date, NextG has not identified the systems which allegedly infringe or the claims that are allegedly infringed.

7.    NextG now takes the position that it is not required to even identify what systems are accused of infringement until after the Court holds a hearing on NextG's Motion to Dismiss.

8.    NextG has not answered NewPath's Counterclaims for declaratory judgment of non-infringement and invalidity, and does not seek to dismiss or strike those counterclaims.

1      I declare under penalty of perjury under the laws of the United States of America that the

2  above is true and correct.

3      DATED this 7th day of August, 2008, at Seattle, Washington.

4

5

6  Timothy L. Boller

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TIMOTHY L. BOLLER             CASE NO. C 08-1565 VRW

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2008, a true and correct copy of the foregoing **DECLARATION OF TIMOTHY L. BOLLER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND TO DISMISS AND DEFENDANT'S ALTERNATIVE MOTION FOR A CONTINUANCE** was served on Plaintiff's counsel by electronic filing upon the following attorneys registered to receive service by email through the Northern District of California Electronic Case Filing System:

> Jeffrey Andrew Miller
> jmiller@orrick.com
> Jason Sheffield Angell
> jangell@orrick.com
> Orrick Herrington & Sutcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
>
> Attorneys for NextG Networks, Inc.

Jared Barrett

1215417_1.DOC

1    JEFFREY A. MILLER (STATE BAR NO. 160602)
jmiller@orrick.com
2    JASON S. ANGELL (STATE BAR NO. 221607)
jangell@orrick.com
3    JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
4    ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
5    Menlo Park, CA  94025
Telephone:   +1-650-614-7400
6    Facsimile:    +1-650-614-7401

7    Attorneys for Plaintiff
NextG Networks, Inc.,

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13    NextG Networks, Inc., a Delaware
corporation,

|  |  |
|---|---|
| NextG Networks, Inc., a Delaware corporation, | Case No.  C-08-01565-VRW |
| Plaintiff, | **PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| NewPath Networks, LLC, a New Jersey limited liability corporation, | |
| Defendant. | |

1  unenforceability, or scope of the claims of the '256 patent, and all documents reviewed in the

2  formation of such opinions, evaluations, advice, or analysis.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

4         NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

5  objects to this request to the extent that it seeks information that is protected by the attorney-client

6  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

7  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

8  this request as overly broad and unduly burdensome.  NextG further objects to this request as

9  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

10  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

11  Specific Objections, NextG responds as follows:

12         Upon conducting a diligent search and reasonable inquiry in an effort to comply with this

13  request, there are no non-privileged documents in NextG's possession, custody, or control

14  responsive to this request.  Any privileged documents will be listed on a privilege log, which will

15  be exchanged with NewPath's counsel at a mutually agreeable time.

16  **REQUEST FOR PRODUCTION NO. 18:**

17         Please produce all documents relating to any opinions, product comparisons, evaluations,

18  advice, tests, or analysis pertaining to the infringement or non-infringement of the '256 patent by

19  any product made, used, sold or offered for sale by NextG, by NewPath or by any third party, and

20  all documents or things reviewed in the formation of such opinions, comparisons, evaluations,

21  advice, tests or analysis.

22  **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

23         NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

24  objects to this request to the extent that it seeks information that is protected by the attorney-client

25  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

26  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

27  this request as overly broad and unduly burdensome.  NextG further objects to this request as

28  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

1  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

2  Specific Objections, NextG responds as follows:

3        Upon conducting a diligent search and reasonable inquiry in an effort to comply with this

4  request, there are no non-privileged documents in NextG's possession, custody, or control

5  responsive to this request.  Any privileged documents will be listed on a privilege log, which will

6  be exchanged with NewPath's counsel at a mutually agreeable time.

7  **REQUEST FOR PRODUCTION NO. 19:**

8        Please produce all documents relating or referring to your decision to file suit against

9  NewPath, including without limitation, all documents pertaining to the circumstances upon which

10  you first became aware of the alleged infringement by NewPath and the pre-filing inquiry, if any,

11  into your claim that NewPath infringes the '256 patent.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

13        NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

14  objects to this request to the extent that it seeks information that is protected by the attorney-client

15  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

16  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

17  this request as overly broad and unduly burdensome.  NextG further objects to this request as

18  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

19  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

20  Specific Objections, NextG responds as follows:

21        Upon conducting a diligent search and reasonable inquiry in an effort to comply with this

22  request, there are no non-privileged documents in NextG's possession, custody, or control

23  responsive to this request.  Any privileged documents will be listed on a privilege log, which will

24  be exchanged with NewPath's counsel at a mutually agreeable time.

25  **REQUEST FOR PRODUCTION NO. 20:**

26        Please produce all documents relating or referring to your decision to file or not to file suit

27  against any third party alleging infringement of the '256 patent, including without limitation, all

28  documents pertaining to the circumstances upon which you first became aware of the alleged

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

1  infringement and the pre-filing inquiry, if any, into your claim that a third party infringes the '256

2  patent.

3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

4      NextG incorporates by reference its General Objections as if fully set forth herein. NextG

5  objects to this request to the extent that it seeks information that is protected by the attorney-client

6  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

7  doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to

8  this request as overly broad and unduly burdensome. NextG further objects to this request as

9  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

10  the discovery of admissible evidence. Subject to, and without waiving the foregoing General and

11  Specific Objections, NextG responds as follows:

12      Upon conducting a diligent search and reasonable inquiry in an effort to comply with this

13  request, there are no non-privileged documents in NextG's possession, custody, or control

14  responsive to this request. Any privileged documents will be listed on a privilege log, which will

15  be exchanged with NewPath's counsel at a mutually agreeable time.

16  **REQUEST FOR PRODUCTION NO. 21:**

17      Please produce all documents and things relating to your claim that NewPath infringes the

18  '256 patent, including but not limited to, all samples, specifications and any other documents

19  analyzed in reaching your conclusion that NewPath infringes the '256 patent.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

21      NextG incorporates by reference its General Objections as if fully set forth herein. NextG

22  objects to this request to the extent that it seeks information that is protected by the attorney-client

23  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

24  doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to

25  this request as overly broad and unduly burdensome. NextG further objects to this request as

26  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

27  the discovery of admissible evidence. Subject to, and without waiving the foregoing General and

28  Specific Objections, NextG responds as follows:

1    NextG will produce any non-privileged documents believed to be responsive to this

2    request, to the extent such documents exist, that are in NextG's possession, custody, or control,

3    and can be located through a diligent search and reasonable inquiry.

4    **REQUEST FOR PRODUCTION NO. 22:**

5    Please produce all documents referring to or constituting communications between NextG

6    and any other person related to or concerning the '256 patent.

7    **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

8    NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

9    objects to this request to the extent that it seeks information that is protected by the attorney-client

10   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

11   doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

12   this request as overly broad and unduly burdensome.  NextG further objects to this request as

13   seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

14   the discovery of admissible evidence.  NextG further objects to this request as seeking

15   information or documents that are equally obtainable from some other source, including but not

16   limited to NewPath, that is more convenient, less burdensome, or less expensive.  Subject to, and

17   without waiving the foregoing General and Specific Objections, NextG responds as follows:

18   NextG will produce any non-privileged documents believed to be responsive to this

19   request, to the extent such documents exist, that are in NextG's possession, custody, or control,

20   and can be located through a diligent search and reasonable inquiry.

21   **REQUEST FOR PRODUCTION NO. 23:**

22   Please produce all documents that relate to or constitute internal communications within

23   NextG that relate to or concern the '256 patent.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

25   NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

26   objects to this request to the extent that it seeks information that is protected by the attorney-client

27   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

28   doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

1    this request as overly broad and unduly burdensome. NextG further objects to this request as

2    seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

3    the discovery of admissible evidence. NextG further objects to this request as seeking

4    information or documents that are equally obtainable from some other source, including but not

5    limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

6    without waiving the foregoing General and Specific Objections, NextG responds as follows:

7        NextG will produce any non-privileged documents believed to be responsive to this

8    request, to the extent such documents exist, that are in NextG's possession, custody, or control,

9    and can be located through a diligent search and reasonable inquiry.

10   **REQUEST FOR PRODUCTION NO. 24:**

11       Please produce all documents that relate to or constitute internal communications within

12   NextG that relate to or concern the current litigation.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

14       NextG incorporates by reference its General Objections as if fully set forth herein. NextG

15   objects to this request to the extent that it seeks information that is protected by the attorney-client

16   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

17   doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to

18   this request as overly broad and unduly burdensome. NextG further objects to this request as

19   seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

20   the discovery of admissible evidence. NextG further objects to this request as seeking

21   information or documents that are equally obtainable from some other source, including but not

22   limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

23   without waiving the foregoing General and Specific Objections, NextG responds as follows:

24       NextG will produce any non-privileged documents believed to be responsive to this

25   request, to the extent such documents exist, that are in NextG's possession, custody, or control,

26   and can be located through a diligent search and reasonable inquiry.

27

28

1   **REQUEST FOR PRODUCTION NO. 25:**

2       Please produce all documents upon which support, tend to support, contradict, or tend to

3   contradict your construction of the claims of the '256 patent.

4   **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

5       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

6   objects to this request to the extent that it seeks information that is protected by the attorney-client

7   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

8   doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

9   this request as overly broad and unduly burdensome.  NextG further objects to this request as

10  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

11  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

12  Specific Objections, NextG responds as follows:

13      NextG will produce any non-privileged documents believed to be responsive to this

14  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

15  and can be located through a diligent search and reasonable inquiry.

16  **REQUEST FOR PRODUCTION NO. 26:**

17      Please produce, separately for each year since 2000, representative samples of each

18  advertisement or promotional material that refers to any communication system made, used or

19  offered for sale by you or by your predecessors in interest, or under license from you or your

20  predecessors in interest.

21  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

22      NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

23  specifically objects to the term/phrase "communication system" as vague, ambiguous, overly

24  broad, and unduly burdensome as it is used in this request.  NextG objects to this request to the

25  extent that it seeks information that is protected by the attorney-client privilege, the attorney-work

26  product doctrine, or any other applicable privileges, protections, or doctrines.  NextG hereby

27  asserts such privileges, protections, or doctrines.  NextG also objects to this request as overly

28  broad and unduly burdensome.  NextG further objects to this request as seeking documents not

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

1  relevant to any claims or defenses and not reasonably calculated to lead to the discovery of

2  admissible evidence.  Subject to, and without waiving the foregoing General and Specific

3  Objections, NextG responds as follows:

4      NextG will produce any non-privileged documents believed to be responsive to this

5  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

6  and can be located through a diligent search and reasonable inquiry.

7  **REQUEST FOR PRODUCTION NO. 27:**

8      Please produce, separately for each year since 2000, a representative sample for inspection

9  of each communication system made, licensed for use, or offered for sale by you or by your

10 predecessors in interest, or under license from you or your predecessors in interest.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

12     NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

13 specifically objects to the term/phrase "communication system" as vague, ambiguous, overly

14 broad, and unduly burdensome as it is used in this request.  NextG objects to this request to the

15 extent that it seeks information that is protected by the attorney-client privilege, the attorney-work

16 product doctrine, or any other applicable privileges, protections, or doctrines.  NextG hereby

17 asserts such privileges, protections, or doctrines.  NextG also objects to this request as overly

18 broad and unduly burdensome, as it is impossible to produce samples of NextG's products.

19 NextG objects to this request as cumulative of at least NewPath Request For Production No. 11.

20 NextG further objects to this request as seeking documents not relevant to any claims or defenses

21 and not reasonably calculated to lead to the discovery of admissible evidence.  Subject to, and

22 without waiving the foregoing General and Specific Objections, NextG responds as follows:

23 **NEXTG WILL NOT PRODUCE ANY SAMPLES OF ITS PRODUCTS, AS IT IS**

24 **IMPOSSIBLE. REQUEST FOR PRODUCTION NO. 28:**

25     Please produce all documents relating to any efforts to enforce or to license the '256

26 patent, by NextG or by others, including without limitation, demand letters, licensing

27 communications, proposals and agreements, and all documents relating to any contemplated

28 litigation or actual litigation involving the '256 patent or the resolution thereof.

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

2          NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

3    objects to this request to the extent that it seeks information that is protected by the attorney-client

4    privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

5    doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

6    this request as overly broad and unduly burdensome.  NextG further objects to this request as

7    seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

8    the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

9    Specific Objections, NextG responds as follows:

10          NextG will produce any non-privileged documents believed to be responsive to this

11    request, to the extent such documents exist, that are in NextG's possession, custody, or control,

12    and can be located through a diligent search and reasonable inquiry.

13    **REQUEST FOR PRODUCTION NO. 29:**

14          Please produce all documents related to NewPath or its services.

15    **RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

16          NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

17    objects to this request to the extent that it seeks information that is protected by the attorney-client

18    privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

19    doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

20    this request as overly broad and unduly burdensome.  NextG further objects to this request as

21    seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

22    the discovery of admissible evidence.  NextG further objects to this request as seeking

23    information or documents that are equally obtainable from some other source, including but not

24    limited to NewPath, that is more convenient, less burdensome, or less expensive.  Subject to, and

25    without waiving the foregoing General and Specific Objections, NextG responds as follows:

26          NextG will produce any non-privileged documents believed to be responsive to this

27    request, to the extent such documents exist, that are in NextG's possession, custody, or control,

28    and can be located through a diligent search and reasonable inquiry.

1    seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

2    the discovery of admissible evidence. NextG further objects to this request as seeking

3    information or documents that are equally obtainable from some other source, including but not

4    limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

5    without waiving the foregoing General and Specific Objections, NextG responds as follows:

6          NextG will produce any non-privileged documents believed to be responsive to this

7    request, to the extent such documents exist, that are in NextG's possession, custody, or control,

8    and can be located through a diligent search and reasonable inquiry.

9    **REQUEST FOR PRODUCTION NO. 32:**

10         Please produce all documents relating or referring to British Telecommunications Public

11   Limited Company, or its products or services, including without limitation documents referring or

12   relating to meetings, correspondence, or negotiations with British Telecommunications Public

13   Limited Company or its representatives.

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

15         NextG incorporates by reference its General Objections as if fully set forth herein. NextG

16   objects to this request to the extent that it seeks information that is protected by the attorney-client

17   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

18   doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to

19   this request as overly broad and unduly burdensome. NextG further objects to this request as

20   seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

21   the discovery of admissible evidence. NextG further objects to this request as seeking

22   information or documents that are equally obtainable from some other source, including but not

23   limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

24   without waiving the foregoing General and Specific Objections, NextG responds as follows:

25         NextG will produce any non-privileged documents believed to be responsive to this

26   request, to the extent such documents exist, that are in NextG's possession, custody, or control,

27   and can be located through a diligent search and reasonable inquiry.

28

1  **REQUEST FOR PRODUCTION NO. 33:**

2      Please produce all documents relating or referring to Microwave Photonics, Inc., or its

3  products or services, including without limitation documents referring or relating to meetings,

4  correspondence, or negotiations with Microwave Photonics, Inc. or its representatives.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

6      NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

7  objects to this request to the extent that it seeks information that is protected by the attorney-client

8  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

9  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

10 this request as overly broad and unduly burdensome.  NextG further objects to this request as

11 seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

12 the discovery of admissible evidence.  NextG further objects to this request as seeking

13 information or documents that are equally obtainable from some other source, including but not

14 limited to NewPath, that is more convenient, less burdensome, or less expensive.  Subject to, and

15 without waiving the foregoing General and Specific Objections, NextG responds as follows:

16      NextG will produce any non-privileged documents believed to be responsive to this

17 request, to the extent such documents exist, that are in NextG's possession, custody, or control,

18 and can be located through a diligent search and reasonable inquiry.

19 **REQUEST FOR PRODUCTION NO. 34:**

20      Please produce all documents relating or referring to Andrew Corporation or its products

21 or services, including without limitation product descriptions, specifications and schematics and

22 documents referring or relating to meetings, correspondence, or negotiations with Andrew

23 Corporation or its representatives.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

25      NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

26 objects to this request to the extent that it seeks information that is protected by the attorney-client

27 privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

28 doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

Exhibit A - Page 11

1    this request as overly broad and unduly burdensome. NextG further objects to this request as

2    seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

3    the discovery of admissible evidence. NextG further objects to this request as seeking

4    information or documents that are equally obtainable from some other source, including but not

5    limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

6    without waiving the foregoing General and Specific Objections, NextG responds as follows:

7         Until NewPath can explain how the documents sought by this request are reasonably

8    calculated to lead to the discovery of admissible evidence, NextG will not produce any documents

9    in response to this request.

10   **REQUEST FOR PRODUCTION NO. 35:**

11        Please produce all documents relating or referring to ADC Telecommunication Sales, Inc,

12   or its products or services, including without limitation product descriptions, specifications and

13   schematics and documents referring or relating to meetings, correspondence, or negotiations with

14   ADC Telecommunications Sales, Inc. or its representatives.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

16        NextG incorporates by reference its General Objections as if fully set forth herein. NextG

17   objects to this request to the extent that it seeks information that is protected by the attorney-client

18   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

19   doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to

20   this request as overly broad and unduly burdensome. NextG further objects to this request as

21   seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

22   the discovery of admissible evidence. NextG further objects to this request as seeking

23   information or documents that are equally obtainable from some other source, including but not

24   limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

25   without waiving the foregoing General and Specific Objections, NextG responds as follows:

26        Until NewPath can explain how the documents sought by this request are reasonably

27   calculated to lead to the discovery of admissible evidence, NextG will not produce any documents

28   in response to this request.

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

1   **REQUEST FOR PRODUCTION NO. 36:**

2       Please produce all documents relating or referring to Powerwave Technologies, Inc, or its

3   products or services, including without limitation product descriptions, specifications and

4   schematics and documents referring or relating to meetings, correspondence, or negotiations with

5   Powerwave Technologies, Inc. or its representatives.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 36:**

7       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

8   objects to this request to the extent that it seeks information that is protected by the attorney-client

9   privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

10  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

11  this request as overly broad and unduly burdensome.  NextG further objects to this request as

12  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

13  the discovery of admissible evidence.  NextG further objects to this request as seeking

14  information or documents that are equally obtainable from some other source, including but not

15  limited to NewPath, that is more convenient, less burdensome, or less expensive.  Subject to, and

16  without waiving the foregoing General and Specific Objections, NextG responds as follows:

17      Until NewPath can explain how the documents sought by this request are reasonably

18  calculated to lead to the discovery of admissible evidence, NextG will not produce any documents

19  in response to this request.

20  **REQUEST FOR PRODUCTION NO. 37:**

21      Please produce all documents relating to the ownership, acquisition, licensing, assignment

22  or value of any interest in the '256 patent including without limitation all documents that refer or

23  relate to NextG's acquisition of rights to the '256 patent or to the alleged invention claimed

24  therein and all Notices of Recordation or any other documents from the U.S . Patent and

25  Trademark Office that reflect recordation of any document in the title records of the U.S. Patent

26  and Trademark Office.

27

28

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

Exhibit A - Page 13

**RESPONSE TO REQUEST FOR PRODUCTION NO. 37:**

NextG incorporates by reference its General Objections as if fully set forth herein. NextG objects to this request to the extent that it seeks information that is protected by the attorney-client privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to this request as overly broad and unduly burdensome. NextG further objects to this request as seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. NextG further objects to this request as seeking information or documents that are equally obtainable from some other source, including but not limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and without waiving the foregoing General and Specific Objections, NextG responds as follows:

NextG will produce any non-privileged documents, to the extent not produced in connection with its initial disclosures, and to the extent such documents exist, that are in NextG's possession, custody, or control and can be located through a reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 38:**

Please produce all documents relating to any actual or potential assignment, sale, license, or transfer of any rights arising out of the '256 patent, including without limitation, all documents relating to any attempts to license or sub-license the '256 patent by NextG to a third party, and all documents that evidence, relate or refer to royalty rates or other terms requested and/or received by you in connection with licensing, sub-licensing or attempting to license or sub-license the '256 patent.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 38:**

NextG incorporates by reference its General Objections as if fully set forth herein. NextG objects to this request to the extent that it seeks information that is protected by the attorney-client privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to this request as overly broad and unduly burdensome. NextG further objects to this request as seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

1   the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

2   Specific Objections, NextG responds as follows:

3        NextG will produce any non-privileged documents believed to be responsive to this

4   request, to the extent such documents exist, that are in NextG's possession, custody, or control,

5   and can be located through a diligent search and reasonable inquiry.

6   **REQUEST FOR PRODUCTION NO. 39:**

7        Please produce all documents relating to NextG's actual or contemplated patent

8   enforcement, licensing or sub-licensing policy or program(s).

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 39:**

10       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

11  objects to this request to the extent that it seeks information that is protected by the attorney-client

12  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

13  doctrines.  NextG objects to this request because the phrase "policy or program(s)" is vague and

14  ambiguous. NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

15  this request as overly broad and unduly burdensome.  NextG further objects to this request as

16  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

17  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

18  Specific Objections, NextG responds as follows:

19       NextG will produce any non-privileged documents believed to be responsive to this

20  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

21  and can be located through a diligent search and reasonable inquiry.

22  **REQUEST FOR PRODUCTION NO. 40:**

23       Please produce all documents relating to any negotiations or agreements between you and

24  any other person concerning the '256 patent.

25  **RESPONSE TO REQUEST FOR PRODUCTION NO. 40:**

26       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

27  objects to this request to the extent that it seeks information that is protected by the attorney-client

28  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

1  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

2  this request as overly broad and unduly burdensome.  NextG further objects to this request as

3  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

4  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

5  Specific Objections, NextG responds as follows:

6          NextG will produce any non-privileged documents believed to be responsive to this

7  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

8  and can be located through a diligent search and reasonable inquiry.

9  **REQUEST FOR PRODUCTION NO. 41:**

10         Please produce all documents describing, discussing, detailing or relating to your decision

11 to obtain ownership of the '256 patent, or a license or a sub-license to the '256 patent, or the

12 invention therein, or the rights thereto.

13 **RESPONSE TO REQUEST FOR PRODUCTION NO. 41:**

14         NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

15 objects to this request to the extent that it seeks information that is protected by the attorney-client

16 privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

17 doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

18 this request as overly broad and unduly burdensome.  NextG further objects to this request as

19 seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

20 the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

21 Specific Objections, NextG responds as follows:

22         NextG will produce any non-privileged documents, to the extent not produced in

23 connection with its initial disclosures, and to the extent such documents exist, that are in NextG's

24 possession, custody, or control and can be located through a reasonable inquiry.

25 **REQUEST FOR PRODUCTION NO. 42:**

26         Please produce all internal management reports related to the '256 patent or to any

27 product or method you allege is an embodiment of the '256 patent, including without limitation

28 minutes of board and committee meetings.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 42:**

NextG incorporates by reference its General Objections as if fully set forth herein. NextG objects to this request to the extent that it seeks information that is protected by the attorney-client privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to this request as overly broad and unduly burdensome. NextG further objects to this request as seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. Subject to, and without waiving the foregoing General and Specific Objections, NextG responds as follows:

NextG will produce any non-privileged documents believed to be responsive to this request, to the extent such documents exist, that are in NextG's possession, custody, or control, and can be located through a diligent search and reasonable inquiry.

**REQUEST FOR PRODUCTION NO. 43:**

Please produce all documents relating to the amount of damages NextG contends it has suffered, or is likely to suffer, as a result of NewPath's alleged infringement of the '256 patent, including without limitation the computation of each category of such damages and all documents pertaining to any alleged irreparable damages in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

NextG incorporates by reference its General Objections as if fully set forth herein. NextG objects to this request to the extent that it seeks information that is protected by the attorney-client privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or doctrines. NextG hereby asserts such privileges, protections, or doctrines. NextG also objects to this request as overly broad and unduly burdensome. NextG further objects to this request as seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to the discovery of admissible evidence. NextG further objects to this request as premature to the extent it seeks materials regarding matters that will be the subject of expert testimony. Subject to, and without waiving the foregoing General and Specific Objections, NextG responds as follows:

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

Exhibit A - Page 17

1    NextG will produce any non-privileged documents believed to be responsive to this

2   request, to the extent such documents exist, that are in NextG's possession, custody, or control,

3   and can be located through a diligent search and reasonable inquiry.

4   **REQUEST FOR PRODUCTION NO. 44:**

5    Please produce all business and market analysis documents related to the decision by

6   NextG to enter the market of providing distributed antenna systems and related services or to

7   offer for sale each of NextG's products or services.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

9    NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

10  objects to this request to the extent that it seeks information that is protected by the attorney-client

11  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

12  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

13  this request as overly broad and unduly burdensome.  NextG further objects to this request as

14  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

15  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

16  Specific Objections, NextG responds as follows:

17    NextG will produce any non-privileged documents believed to be responsive to this

18  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

19  and can be located through a diligent search and reasonable inquiry.

20  **REQUEST FOR PRODUCTION NO. 45:**

21    Please produce documents sufficient to identify the organizational structure and/or

22  management chart for the officers and executives of NextG, including that part of your business

23  which is involved in the manufacture, distribution, sale or advertising of distributed antenna

24  systems and related services, and the licensing of intellectual property rights, including the names

25  of those persons occupying the management positions, the general area of responsibility of each

26  person named and for how long each person has had such responsibility, and those persons who

27  have occupied each of the positions identified from 2000 to the present, inclusive.

28

1  **REQUEST FOR PRODUCTION NO. 47:**

2       Please produce all documents relied upon or reviewed in connection with NextG's

3  preparation of the disclosures made pursuant to Rule 26(a)(l).

4  **RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

5       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

6  objects to this request to the extent that it seeks information that is protected by the attorney-client

7  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

8  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

9  this request as overly broad and unduly burdensome.  NextG further objects to this request as

10  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

11  the discovery of admissible evidence.  Subject to, and without waiving the foregoing General and

12  Specific Objections, NextG responds as follows:

13       NextG will produce any non-privileged documents believed to be responsive to this

14  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

15  and can be located through a diligent search and reasonable inquiry.

16  **REQUEST FOR PRODUCTION NO. 48:**

17       All documents relating or referring to the design, structure, function and/or operation of

18  any NewPath antenna system.

19  **RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

20       NextG incorporates by reference its General Objections as if fully set forth herein.  NextG

21  objects to this request to the extent that it seeks information that is protected by the attorney-client

22  privilege, the attorney-work product doctrine, or any other applicable privileges, protections, or

23  doctrines.  NextG hereby asserts such privileges, protections, or doctrines.  NextG also objects to

24  this request as overly broad and unduly burdensome.  NextG further objects to this request as

25  seeking documents not relevant to any claims or defenses and not reasonably calculated to lead to

26  the discovery of admissible evidence.  NextG further objects to this request as seeking

27  information or documents that are equally obtainable from some other source, including but not

28

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

Exhibit A - Page 19

1  limited to NewPath, that is more convenient, less burdensome, or less expensive. Subject to, and

2  without waiving the foregoing General and Specific Objections, NextG responds as follows:

3       NextG will produce any non-privileged documents believed to be responsive to this

4  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

5  and can be located through a diligent search and reasonable inquiry.

6  **REQUEST FOR PRODUCTION NO. 49:**

7       To the extent not produced in response to a previous inquiry, all blueprints, drawings,

8  sketches, specifications, block diagrams, instruction manuals, operating manuals, maintenance or

9  service manuals , and all documents relating or referring thereto which disclose, describe, discuss

10  or refer to NewPath's antenna systems.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

12       NextG incorporates by reference its General Objections as if fully set forth herein. NextG

13  specifically objects to this request to the extent it is redundant and/or duplicative of previous

14  requests. NextG objects to this request to the extent that it seeks information that is protected by

15  the attorney-client privilege, the attorney-work product doctrine, or any other applicable

16  privileges, protections, or doctrines. NextG hereby asserts such privileges, protections, or

17  doctrines. NextG also objects to this request as overly broad and unduly burdensome. NextG

18  further objects to this request as seeking documents not relevant to any claims or defenses and not

19  reasonably calculated to lead to the discovery of admissible evidence. NextG further objects to

20  this request as seeking information or documents that are equally obtainable from some other

21  source, including but not limited to NewPath, that is more convenient, less burdensome, or less

22  expensive. Subject to, and without waiving the foregoing General and Specific Objections,

23  NextG responds as follows:

24       NextG will produce any non-privileged documents believed to be responsive to this

25  request, to the extent such documents exist, that are in NextG's possession, custody, or control,

26  and can be located through a diligent search and reasonable inquiry.

27

28

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
C-08-01565-VRW

1    Upon conducting a diligent search and reasonable inquiry in an effort to comply with this

2  request, there are no documents in NextG's possession, custody, or control responsive to this

3  request.

4

5

Dated: July 7, 2008                              JEFFREY A. MILLER
6                                               JASON S. ANGELL
                                               JACOB M. HEATH
7                                               Orrick, Herrington & Sutcliffe LLP

8                                                      /s/
                                                  _____
9                                                   JEFFREY A. MILLER
                                                    Attorneys for Plaintiff
10                                                  NextG Networks, Inc.,

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF NEXTG NETWORKS, INC.'S RESPONSES TO
                                    DEFENDANT'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
                                    C-08-01565-VRW

Exhibit A - Page 21