1  JEFFREY A. MILLER (STATE BAR NO. 160602)
   jmiller@orrick.com
2  JASON S. ANGELL (STATE BAR NO. 221607)
   jangell@orrick.com
3  JACOB M. HEATH (STATE BAR NO. 238959)
   jheath@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
5  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
6  Facsimile:    +1-650-614-7401

7  Attorneys for Plaintiff
   NextG Networks, Inc.,
8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | NEXTG NETWORKS, INC., a Delaware | Case No.  C-08-01565-VRW
   | corporation,
14 |
   |           Plaintiff,
15 |                                   | **DECLARATION OF SERVICE BY**
   |     v.                            | **EMAIL**
16 |
   | NEWPATH NETWORKS, LLC, a New
17 | Jersey limited liability corporation,
   |
18 |           Defendant.

# DECLARATION OF SERVICE

I am more than eighteen years old and not a party to this action. My place of employment and business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025. On August 15, 2008, I delivered the following documents:

**[PROPOSED] STIPULATED PROTECTIVE ORDER**.

| | |
|---|---|
| | By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on August 15, 2008. |
| | By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below on August 15, 2008. |
| **X** | By transmitting via email the document(s) listed above to the addresses set forth below on August 15, 2008. |
| | By placing a true and correct copy of the document(s) in a Federal Express envelope addressed as set forth below and then sealing the envelope, affixing a pre-paid Federal Express air bill, and causing the envelope to be delivered to a Federal Express agent for delivery. |

**OMID MANTASHI (SBN 208226)**
LAW OFFICES OF OMID A. MANTASHI
360 Grand Avenue, Ste. 90
Oakland, CA 94610
Telephone: (510) 593-9442
Facsimile: (510) 868-8310
**Email: omid@california.com**

**TIMOTHY BOLLER** (*pro hac vice*)
**WILLIAM FERRON, JR.** (*pro hac vice*)
SEED IP LAW GROUP PLLC
701 5th Avenue, Ste. 5400
Seattle, WA 98104
Telephone: 206-622-4900
Facsimile: 206-682-6031
**Email: timb@seedip.com**
**Email: billf@seedip.com**

**ATTORNEYS FOR DEFENDANT NEWPATH NETWORKS, LLC**

I am readily familiar with my firm's practice for collection and processing correspondence for mailing in the United States Postal Service, to wit, that correspondence be deposited with the United States Postal Service this same day in the ordinary course of business.

Executed on August 15, 2008 at Menlo Park, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/Claudia Flores/s/
Claudia Flores