IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEXTG NETWORKS, INC,                    No    C 08-1565 VRW

     Plaintiffs,                       ORDER

     v

NEWPATH NETWORKS, LLC,

     Defendant.

_____/

     On October 15, 2008, the court declined to rule on NextG Networks, Inc's ("NextG") anti-SLAPP motion against NewPath Networks, LLC ("NewPath").  Doc #40 at 12-14.  The anti-SLAPP motion was directed at NewPath's counterclaims of tortious interference with a contractual relationship, negligent interference with a business expectancy and unfair competition.  Id.  The court dismissed these counterclaims because they were based on allegations of privileged conduct, but NewPath was granted leave to amend its countercomplaint not later than October 31, 2008.  Id at 16.

     On November 4, 2008, the court received a telephone

message from NextG counsel notifying the court that NewPath did not amend its countercomplaint within the time allowed and that NextG wishes to resolve the anti-SLAPP issue and inquiring whether the immediate filing of a motion renewing the anti-SLAPP motion is the court's preferred method for doing so.  The court cannot answer NextG's inquiry in a factual vacuum.  The parties are DIRECTED to file, on or before November 13, 2008, a two-page update on the status of the litigation, including a proposal on how to resolve the anti-SLAPP issue, either through private resolution or motion practice.  The parties shall file a joint update if possible; if they cannot agree on a joint submission, they may file separate updates.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

United States District Court
For the Northern District of California

2