IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEXTG NETWORKS, INC,                   No    C 08-1565 VRW

     Plaintiffs,                    ORDER

     v

NEWPATH NETWORKS, LLC,

     Defendant.
_____/

         On October 15, 2008, the court declined to rule on NextG Networks, Inc's ("NextG") anti-SLAPP motion against NewPath Networks, LLC ("NewPath").  Doc #40 at 12-14.  The anti-SLAPP motion was directed at NewPath's counterclaims of tortious interference with a contractual relationship, negligent interference with a business expectancy and unfair competition.  Id.  The court dismissed these counterclaims because they were based on allegations of privileged conduct, but NewPath was granted leave to amend its countercomplaint not later than October 31, 2008.  Id at 16.

         On November 6, 2008, the court, having received an inquiry from NextG counsel asking how to resolve the anti-SLAPP

motion given that NewPath did not amend its countercomplaint, directed the parties to file a status update on the issue. Doc #42.

On November 17, 2008, NextG filed a statement indicating its position that the court should simply grant the anti-SLAPP motion. Doc #44 at 4. On November 24, 2008, NewPath filed a statement arguing that the anti-SLAPP motion should be denied or deferred until the end of the case when it can be considered with other attorney fee motions. Doc #45 at 4. Although NewPath somewhat mischaracterized the court's earlier ruling on the anti-SLAPP motion —— the court did not hold that the state-law claims were supported by evidence that would survive an anti-SLAPP motion, but rather noted that NewPath *might* be able to present sufficient evidence to defeat a motion, see Doc #45 at 3, Doc #40 at 14 —— NewPath is correct that its decision not to amend its countercomplaint is not an admission that those abandoned claims are unsupported. Doc #45.

Given the court's and the parties' interest in proceeding to the merits of this case, the latter course of action suggested by NewPath is appropriate. Accordingly, the court DECLINES TO RULE on the anti-SLAPP motion until the case is resolved on the merits.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**2**