1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION
10

11   NEXTG NETWORKS, INC., a Delaware        Case No.  C 08-1565 VRW
     corporation,
                                             **[PROPOSED] ORDER GRANTING**
12                Plaintiff,                  **PLAINTIFF'S AND DEFENDANT'S**
                                             **STIPULATED MOTION FOR**
13        v.                                 **ADMINISTRATIVE RELIEF TO**
                                             **BRING COMPUTER EQUIPMENT**
14   NEWPATH NETWORKS, LLC, an New           **INTO THE COURTROOM**
     Jersey limited liability corporation,
15                                           Date:        April 2, 2009
                  Defendant.                 Time:        10:00 a.m.
16                                           Courtroom:  6
                                             Judge:       Hon. Vaughn R. Walker
17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260636566.1                              [PROPOSED] ORDER GRANTING ADMIN RELIEF
                                                                      C 08-1565 VRW

1    The Court, having considered the Motion and finding good cause, hereby **GRANTS**

2    Plaintiff's and Defendant's Stipulated Motion for Administrative Relief to Bring Computer

3    Equipment into the Courtroom.  Counsel for Plaintiff and Defendant may bring into the

4    Courtroom on April 2, 2009 poster boards, easels/tripods, and laptop computers with associated

5    electronic equipment (e.g., power cords, extension cords, etc.) as part of the Claim Construction

6    hearing currently scheduled in this matter.

7         **IT IS SO ORDERED.**

8

9    Dated: _____4/1/2009_____



10   Honor_____
     Chief J._____Court
     Northe_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260636566.1                    -1-                    [PROPOSED] ORDER GRANTING ADMIN RELIEF
                                                               C 08-1565 VRW