1  Jeffery A. Miller (SBN 160602)
   Jason S. Angell (SBN 221607)
2  **Orrick, Herrington & Suttcliffe LLP**
   1000 Marsh Road
3  Menlo Park, CA 94025
   Telephone: (650) 614-7400
4  Facsimile: (650) 614-7401
   Email: jmiller@orrick.com
5         jangell@orrick.com

6  Attorneys for Plaintiff
   NextG Networks, Inc.

7  Omid A. Mantashi (SBN 208226)
8  **Law Offices of Omid A. Mantashi**
   360 Grand Avenue, Ste. 90
9  Oakland, California 94610
   Telephone: (510) 593-9442
10 Facsimile: (510) 868-8310
   Email: omid@california.com

11 Timothy L. Boller (*pro hac vice*)
   William O. Ferron, Jr. (*pro hac vice*)
12 Nathaniel E. Durrance (SBN 229210)
   **SEED IP LAW GROUP PLLC**
13 701 Fifth Avenue, Suite 5400
   Seattle, WA 98104
14 Telephone: 206.622.4900
   Facsimile: 206.682.6031
15 Email: TimB@seedip.com
          BillF@seedip.com
16        NathanD@seedip.com

17 Attorneys for Defendant
   NewPath Networks, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NewPath Networks, LLC, a New Jersey limited liability corporation,<br><br>    Defendant. | No. C 08-1565 VRW<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION EXTENDING PRETRIAL AND DISCOVERY DATES** |

1  The Court, having considered the Motion and finding good cause, hereby **GRANTS**
2  the Parties' Stipulation Extending Pretrial and Discovery Dates.
3  **IT IS SO ORDERED.**
4
5  Dated: May 6, 2009
6  _____
   Honorable Vaughn R. Walker
7  Chief Judge, United States District Court
   Northern District of California



# CERTIFICATE OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Seed IP Law Group, PLLC, 701 Fifth Avenue, Suite 5400, Seattle, WA 98104. On May 1, 2009, I served the following document(s):

**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING PRETRIAL AND DISCOVERY DATES**

By filing the document with the ECF filing system, causing a pdf copy of the above-listed document to be sent to the email addresses listed below and by transmitting a copy for service by first class mail addressed as follows:

> Jeffery A. Miller (State Bar No. 160602)
> Jason S. Angell (State Bar No. 221607)
> Orrick, Herrington & Suttcliffe LLP
> 1000 Marsh Road
> Menlo Park, CA 94025
> Telephone: (650) 614-7400
> Facsimile: (650) 614-7401
> jmiller@orrick.com
> jangell@orrick.com

I declare under penalty of perjury that the foregoing is true and correct.

 /s/  Nathaniel E. Durrance  /s/
Nathaniel E. Durrance