United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEXTG NETWORKS, INC, a Delaware corporation,

    Plaintiff,

    v

NEWPATH NETWORKS, LLC, a New Jersey limited liability corporation,

    Defendant.

    No   C 08-1565 VRW

    ORDER

    The court received letters from counsel regarding an ongoing discovery dispute.  Docs #88, 89, 90.  Due to the undersigned's current unavailability, the matter is referred to a magistrate pursuant to 28 USC § 636(b)(1)(A) to conduct a discovery conference and resolve the dispute.

    IT IS SO ORDERED.

    VAUGHN R WALKER
    United States District Chief Judge