Omid A. Mantashi (SBN 208226)
**Law Offices of Omid A. Mantashi**
360 Grand Avenue, Ste. 90
Oakland, California 94610
Telephone: (510) 593-9442
Facsimile: (510) 868-8310
Email: omid@california.com

Timothy L. Boller (*pro hac vice*)
William O. Ferron, Jr. (*pro hac vice*)
Nathaniel E. Durrance (SBN 229210)
**SEED IP LAW GROUP PLLC**
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Facsimile: 206.682.6031
Email: TimB@seedip.com
       BillF@seedip.com
       NathanD@seedip.com

Attorneys for Defendant
NewPath Networks, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NewPath Networks, LLC, a New Jersey limited liability corporation,<br><br>Defendant. | No. C 08-1565 VRW<br><br>[PROPOSED] ORDER SEALING EXHIBIT F TO NEXTG'S LETTER TO THE COURT (DOC. 88) |

The Court, having considered the June 17, 2009 Declaration submitted by NewPath Networks, LLC and finding good cause, hereby **GRANTS** that Exhibit F to NextG's letter to the Court shall remain sealed.

**IT IS SO ORDERED.**

Dated: 6/24/2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*[Signed: Wayne D. Brazil, seal of United States District Court, Northern District of California, "IT IS SO ORDERED"]*

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2009, a true and correct copy of the foregoing **PROPOSED ORDER SEALING EXHIBIT F TO NEXTG'S LETTER TO THE COURT (DOC. 88)** was served on Plaintiff's counsel by electronic filing upon the following attorneys registered to receive service by email through the Northern District of California Electronic Case Filing System:

>Jeffrey Andrew Miller
>jmiller@orrick.com
>Monte Cooper
>mcooper@orrick.com
>Jason Sheffield Angell
>jangell@orrick.com
>Jacob M. Heath
>jheath@orrick.com
>Orrick Herrington & Sutcliffe LLP
>1000 Marsh Road
>Menlo Park, CA 94025
>
>Attorneys for NextG Networks, Inc.

/s/ Nathaniel E. Durrance
Nathaniel E. Durrance