| | |
|---|---|
| 1 | JEFFREY A. MILLER (State Bar No. 160602) |
| | JASON S. ANGELL (State Bar No. 221607) |
| 2 | Orrick, Herrington & Sutcliffe LLP |
| 3 | 1000 Marsh Road |
| | Menlo Park, CA 94025 |
| 4 | Telephone:    (650) 614-7400 |
| | Facsimile:    (650) 614-7401 |
| 5 | jmiller@orrick.com |
| | jangell@orrick.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | NextG Networks, Inc. |
| 8 | |
| | SEED IP LAW GROUP PLLC |
| 9 | TIMOTHY L. BOLLER (*pro hac vice* to be filed) |
| 10 | Email:  TimB@SeedIP.com |
| | 701 Fifth Avenue, Suite 5400 |
| 11 | Seattle, Washington 98104 |
| | Telephone:  (206) 622-4900 |
| 12 | Facsimile:  (206) 682-6031 |
| 13 | Attorneys for Defendant |
| | NewPath Networks, LLC |
| 14 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NextG Networks, Inc., a Delaware corporation, | Civil Action No.:   C-08-01565-VRW (WDB) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION** |
| NewPath Networks, LLC, a New Jersey limited liability company, | |
| Defendant. | |

-1-

[PROPOSED] ORDER GRANTING STIPULATION                                    CASE NO. C 08 1565 (VRW)

1  The Court, having considered the Parties **STIPULATION REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION**, and finding good cause, hereby GRANTS the following Order:

2  1. This litigation is stayed until August 15, 2009 while the Parties draft a definitive settlement agreement.

3  2. Should the Parties' efforts at drafting a definitive settlement agreement fail, the Parties shall immediately contact the Court to request a scheduling conference.

**IT IS SO ORDERED.**

Dated: July 27, 2009

The Honorable Vaughn R Walker
Chief Judge, United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Vaughn R Walker*