```
 1  JEFFREY A. MILLER (State Bar No. 160602)
    JASON S. ANGELL (State Bar No. 221607)
 2  Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
 3  Menlo Park, CA 94025
 4  Telephone:   (650) 614-7400
    Facsimile:   (650) 614-7401
 5  jmiller@orrick.com
    jangell@orrick.com
 6
 7  Attorneys for Plaintiff
    NextG Networks, Inc.
 8
    SEED IP LAW GROUP PLLC
 9  TIMOTHY L. BOLLER (pro hac vice)
    Email: TimB@SeedIP.com
10  701 Fifth Avenue, Suite 5400
    Seattle, Washington 98104
11  Telephone:  (206) 622-4900
12  Facsimile:  (206) 682-6031

13  Attorneys for Defendant
    NewPath Networks, LLC
14
```

15                   IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18

| NextG Networks, Inc., a Delaware corporation, | Civil Action No.:  C 08 01565 (VRW) |
|---|---|
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ ORDER GRANTING STIPULATION REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION |
| NewPath Networks, LLC, a New Jersey limited liability company, | |
| Defendant. | |

1 | The Court, having considered the Parties **STIPULATION REGARDING SETTLEMENT AGREEMENT AND TO STAY LITIGATION**, and finding good cause, hereby GRANTS the following Order:

2 | 1. This litigation is stayed until August 31, 2009 while the Parties draft a definitive settlement agreement.

3 | 2. Should the Parties' efforts at drafting a definitive settlement agreement fail, the Parties shall immediately contact the Court to request a scheduling conference.

**IT IS SO ORDERED.**

Dated: August 17, 2009

The Honorable Vaughn R. Walker
Chief Judge, United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Vaughn R Walker*