1   JEFFREY A. MILLER (State Bar No. 160602)
    JASON S. ANGELL (State Bar No. 221607)
2   Orrick, Herrington & Sutcliffe LLP
    1000 Marsh Road
3   Menlo Park, CA 94025
4   Telephone:      (650) 614-7400
    Facsimile:      (650) 614-7401
5   jmiller@orrick.com
    jangell@orrick.com
6

7   Attorneys for Plaintiff
    NextG Networks, Inc.
8

9   SEED IP LAW GROUP PLLC
    TIMOTHY L. BOLLER (*pro hac vice*)
10  Email:  TimB@SeedIP.com
    701 Fifth Avenue, Suite 5400
11  Seattle, Washington 98104
    Telephone:  (206) 622-4900
12  Facsimile:  (206) 682-6031

13  Attorneys for Defendant
    NewPath Networks, LLC
14

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18

19
    | NextG Networks, Inc., a Delaware |   | Civil Action No.:   C 08 01565 (VRW) |
20  corporation,

21                  Plaintiff,

22      v.                                    [PROPOSED] ORDER GRANTING
                                              STIPULATION REGARDING
23  NewPath Networks, LLC, a New Jersey       SETTLEMENT AGREEMENT AND TO
    limited liability company,                STAY LITIGATION
24
                    Defendant.
25

26

27

28

-1-

1    The Court, having considered the Parties **STIPULATION REGARDING SETTLEMENT**

2    **AGREEMENT AND TO STAY LITIGATION**, and finding good cause, hereby GRANTS the

3    following Order:

4    This litigation is stayed until September 9, 2009 to allow the parties to complete the formalities

5    required under the settlement agreement they have entered into.

6    **IT IS SO ORDERED.**

7

8    Dated: ___9/2/2009_____

9                                          Chief Jud

10                                         Northern

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---