JEFFREY A. MILLER (State Bar No. 160602)
JASON S. ANGELL (State Bar No. 221607)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:     (650) 614-7400
Facsimile:       (650) 614-7401
jmiller@orrick.com
jangell@orrick.com

Attorneys for Plaintiff
NEXTG NETWORKS, INC.

TIMOTHY L. BOLLER (*pro hac vice*)
SEED IP LAW GROUP PLLC
Email:  TimB@SeedIP.com
701 Fifth Avenue, Suite 5400
Seattle, Washington 98104
Telephone:  (206) 622-4900
Facsimile:  (206) 682-6031

Attorneys for Defendant
NEWPATH NETWORKS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTG NETWORKS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>NEWPATH NETWORKS, LLC, a New Jersey limited liability company,<br><br>                Defendant. | Civil Action No.:   C 08 01565 (VRW)<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL** |

1   WHEREAS on August 31, 2009, the parties reached a settlement to resolve this action.

2   NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties and through

3   their respective counsel of record, subject to the Court's approval, that:

4   1.   Each Parties' claims against the other are dismissed with prejudice; and

5   2.   Each party shall bear its own costs and attorneys' fees.

6   IT IS SO STIPULATED.

7   Respectfully submitted,

8   ORRICK, HERRINGTON & SUTCLIFFE LLP

9

10  Dated:  September 2, 2009                    /s/ Jeffrey A. Miller
11  JEFFREY A. MILLER
    JASON S. ANGELL
12  Attorneys for Plaintiff NextG Networks, Inc.

    SEED IP LAW GROUP PLLC
13

14
15  Dated:  September 2, 2009                    /s/ Timothy L. Boller
    TIMOTHY L. BOLLER
16  Attorneys for Defendant NewPath Networks, LLC

17  IT IS SO ORDERED

18

19

20

21  Dated:  September 4, 2009

22  The Honorable Vaughn R Walker
    Chief Judge United States District Court
23  Northern District of California

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Jeffrey A. Miller, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**.  In compliance with General Order 45, X.B., I hereby attest that Timothy L. Boller has read and approved this stipulation.  I will maintain an executed copy of this stipulation in our files that can be made available for inspection upon request.

Orrick, Herrington & Sutcliffe LLP

Dated: September 2, 2009                    By:  _____/s/_____
                                                         Jeffrey A. Miller
                                                         Attorneys for Plaintiff NextG Networks, Inc.